UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:95-CR-28-BR
No. 5:11-CV-638-BR

| | |
|---|---|
| GBOFAHAM FRANCIS TAYO, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | O R D E R |

This matter is before the court on a petition for a writ of error coram nobis. Petitioner contends that his conviction should be vacated because, in connection with his guilty plea, his attorney failed to advise him of the consequence of deportation as required by Padilla v. Kentucky, 130 S. Ct. 1473 (2010). The court considered, and rejected, the identical argument when it dismissed petitioner's § 2255 motion, which the court construed as an application for a writ of error coram nobis. (DE # 34.) The court will not revisit its earlier ruling, and the petition is DISMISSED.

    This 24 July 2012.

                                                      W. Earl Britt
                                                      Senior U.S. District Judge